[Cite as *State v. Cambria*, 2022-Ohio-830.]

# COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

STATE OF OHIO,                          :

    Plaintiff-Appellee,            :

                                    No. 110823

    v.                              :

JARED CAMBRIA,                          :

    Defendant-Appellant.           :

---

JOURNAL ENTRY AND OPINION

**JUDGMENT:** AFFIRMED
**RELEASED AND JOURNALIZED:** March 17, 2022

---

Criminal Appeal from the Cuyahoga County Court of Common Pleas
Case Nos. CR-21-658588-A, CR-21-659405-A, and CR-21-659415-A

---

### *Appearances:*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Jamielle Lamson-Buscho, Assistant Prosecuting Attorney, *for appellee.*

Cullen Sweeney, Cuyahoga County Public Defender, and Robert B. McCaleb, Assistant Public Defender, *for appellant.*

MICHELLE J. SHEEHAN, J.:

{¶ 1} Appellant Jared Cambria appeals the indefinite prison sentences the trial court imposed upon him in his criminal cases. Because this court held in *State*

*v. Delvallie*, 8th Dist. Cuyahoga No. 109315, 2022-Ohio-470 (en banc), that the Reagan Tokes Law as defined under R.C. 2901.011 does not violate a defendant's right to due process or right to a jury trial and does not violate the doctrine of separation of powers, we affirm Cambria's convictions.

{¶ 2} On August 11, 2021, Cambria entered into a plea agreement with the state of Ohio and entered pleas of guilt in three cases. In Cuyahoga C.P. No. CR-21-659405-A, Cambria plead guilty to one count of aggravated robbery, a felony of the first degree with a one-year firearm specification and to one count of theft, a felony of the fourth degree. In Cuyahoga C.P. No. CR-21-659415-A, Cambria plead guilty to one count of robbery, a felony of the second degree, with a one-year firearm specification and one count of improperly handling of a firearm in a motor vehicle, a felony of the fourth degree. In Cuyahoga C.P. No. CR-21-658588-A, Cambria plead guilty to one count of robbery, a felony of the second degree with a three-year firearm specification, to one count of attempted theft, a felony of the fifth degree, and to one count of having a weapon while under a disability, a felony of the third degree.

{¶ 3} On August 19, 2021, the trial court imposed a sentence of an aggregate term of 4 years' imprisonment for the gun specifications to be served prior to and consecutive to all other sentences. It then imposed a sentence of 3 to 4 ½ years for each of the aggravated robbery and robbery counts and 1-year sentences on each remaining felony count, ordering these sentences to be served concurrently. In total, the trial court imposed an aggregate prison sentence of 7 to 8 ½ years.

**{¶ 4}** Cambria raises one assignment of error in this appeal, "The trial court violated Jared Cambria's constitutional rights by imposing a Reagan-Tokes Sentence, under S.B. 201." Cambria argues that the Reagan Tokes Law violates his right to due process, his right to a jury trial, and that the law violates the doctrine of separation of powers. In *Delvallie, supra*, this court sitting en banc overruled the arguments Cambria presents in this appeal. As such, Cambria's assignment of error is overruled.

**{¶ 5}** Judgment affirmed.

It is ordered that appellee recover of appellant costs herein taxed.

The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate issue out of this court directing the common pleas court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

_____
MICHELLE J. SHEEHAN, JUDGE

KATHLEEN ANN KEOUGH, P.J., and
JAMES A. BROGAN, J.,* CONCUR

(*Sitting by assignment: James A. Brogan, J., retired, of the Second District Court of Appeals.)